1  BRUCE C. YOUNG, ESQ., Bar #5560
   KATHRYN B. BLAKEY, ESQ., Bar #12701
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811
   Email:  byoung@littler.com
5
   Attorneys for Defendant
6

7

8                  UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10

11  SUE E. ROSS,                            Case No. 2:15-cv-00785-KJD-PAL

12              Plaintiff,

13  vs.                                     **STIPULATION AND [PROPOSED]**
                                            **ORDER TO CONTINUE EARLY**
                                            **NEUTRAL EVALUATION SESSION**
14  SUNSET & GREEN VALLEY, INC., dba        **(First Request)**
    LEE'S DISCOUNT LIQUOR, a Nevada
15  corporation, DOES I through X, inclusive;  **United States Magistrate Judge George**
    ROE CORPORATIONS I through X,          **Foley Jr.**
16  inclusive,
                                            **ENE DATE:  Tuesday, August 4, 2015**
17              Defendants.                 **ENE TIME:  9:00 a.m.**

18

19        Pursuant to Local Rules 6-1 and 26-4, Defendant Sunset & Green Valley, Inc. dba Lee's

20  Discount Liquor ("Defendant") and Plaintiff Sue E. Ross ("Plaintiff"), by and through their

21  undersigned counsel, hereby stipulate to continue the Early Neutral Evaluation Session, currently

22  scheduled for August 4, 2015, to either August 18, 2015, August 19, 2015, August 20, 2015 or

23  August 21, 2015.  This is the first request for a continuance in this matter.

24        The parties request this continuance in order to accommodate counsel for Plaintiff's

25  previously scheduled surgery and necessary subsequent recovery time.  Accordingly, the requested

26  continuance is sought in good faith and not for purposes of undue delay.

27        Further, the parties' request for a continuance of the Early Neutral Evaluation session is

28  subject to the good cause standard as it is being brought before the Court more than 21 days prior to

TTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

the Early Neutral Evaluation session, which is currently set for August 4, 2015.

Dated:  June 15, 2015

Respectfully submitted,

Dated:  June 15, 2015

Respectfully submitted,

/s/ Michelle M. Jones, Esq.
MICHELLE M. JONES, ESQ.
MICHELLE M. JONES ATTORNEY
AT LAW

Attorneys for Plaintiff

/s/ Bruce C. Young, Esq.
BRUCE C. YOUNG, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

## ORDER

The ENE session is rescheduled to commence at **9:00 a.m.** on **Tuesday, August 25, 2015.**  The written evaluation statements shall be submitted directly to my chambers - **Room 3099** - not later than **August 18, 2015**.  **IT IS SO ORDERED.**

Dated:  June 17, 2015

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

TTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

1

## PROOF OF SERVICE

2       I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the

3   within action.   My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas,

4   Nevada 89169.  On June 15, 2015, I served the within document:

5       **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL
        EVALUATION SESSION**

6

7   ☑       By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced
            document was electronically filed and served upon the parties listed below through the
8           Court's Case Management and Electronic Case Filing (CM/ECF) system:

9       I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15,

10  2015, at Las Vegas, Nevada.

11

12

13                                  ___/s/ Debra Perkins_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.