BRUCE C. YOUNG, ESQ., Bar #5560
KATHRYN B. BLAKEY, ESQ., Bar #12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:  byoung@littler.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUE E. ROSS,<br><br>        Plaintiff,<br><br>vs.<br><br>SUNSET & GREEN VALLEY, INC., dba LEE'S DISCOUNT LIQUOR, a Nevada corporation, DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>        Defendant. | Case No. 2:15-cv-0785-KJD-PAL<br><br>**ORDER TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]** |

In compliance with Local Rules 6-1 and 26-4, Plaintiff SUE E ROSS ("Plaintiff") and Defendant SUNSET & GREEN VALLEY, INC., dba LEE'S DISCOUNT LIQUOR ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree to extend the time period for filing dispositive motions by twenty-one (21) days.  The current deadline to file dispositive motions is December 23, 2015.  The new deadline to file dispositive motions will be January 13, 2016.  All other deadlines previously set by the Court will remain in place.

The parties request this extension due to their unavailability during portions of the holiday season which has delayed their ability to meet and confer on several discovery requests and productions which are anticipated to be relevant to the forthcoming dispositive motions.  Moreover, the parties believe the additional time will be beneficial to their good faith efforts to resolve all

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

disputes within this matter without involvement from the court.

This first extension is made for good cause, in good faith, and not for the purpose of delay. The normal briefing set forth in Local Rule 7-2 will still be applicable.

Dated: December 2, 2015                                    Dated: December 2, 2015


/s/ Michelle M. Jones, Esq.                                /s/ Kathryn B. Blakey, Esq.
MICHELLE M. JONES, ESQ.                                    BRUCY C. YOUNG, ESQ.
MICHELLE M. JONES, ATTORNEY AT LAW                         KATHRYN B. BLAKEY, ESQ.
                                                           LITTLER MENDELSON, P.C.

Attorney for Plaintiff                                     Attorneys for Defendants


**ORDER**

ITS IS SO ORDERED:


Dated: December __7__, 2015


_____
UNITED STATES DISTRICT COURT JUDGE


Firmwide:137328299.1 069844.1005

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800