MICHELLE M. JONES, ESQ.
Nevada State Bar No. 8505
703 South 8th Street, Las Vegas, NV 89101
Tel: (702) 385-1067
Fax: (702) 386-9825
mmjones@michellejonesesq.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUE E. ROSS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUNSET & GREEN VALLEY, INC. dba LEE'S DISCOUNT LIQUOR, a Nevada corporation,<br><br>　　　　Defendants. | CASE NO: 2:15-cv-00785-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SUE E. ROSS, and Defendant, SUNSET & GREEN VALLEY, INC. dba LEE'S DISCOUNT LIQUOR through their undersigned counsel that the above entitled matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 3rd day of August, 2016.

_____
Michelle M. Jones, Esq. (SBN 8505)
703 South 8th Street
Las Vegas, NV 89101
Tel: (702) 388-4469
*Attorney for Plaintiff*

_____
Bruce C. Young, Esq. (SBN 5560)
Kathryn B. Blakey, Esq. (SBN 12701)
LITTLER MENDELSEN, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 15th day of August, 2016.

_____
United States District Court Judge